# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154613

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                SC: 154613
                COA: 332808
                Wayne CC: 94-008060-FC

CHARLES FLAGG, SR.,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



t0619

                     Clerk